IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWIN SCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3132 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER E. MEREDITH, U.S. XPRESS | ) | ORDER |
| ENTERPRISES, INC., a Corporation and U.S. | ) | |
| XPRESS LEASING, INC. a Corporation, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SCHULZ TRANSPORTATION SERVICES & | ) | |
| LIBERTY MUTUAL FIRE INSURANCE | ) | |
| CO., a Corporation, | ) | |
| | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by June 24, 2005, file their Report of Parties' Planning Conference.


DATED     June 7, 2005


/s/ *David L. Piester*
United States Magistrate Judge