```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ELWIN SCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3132 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER E. MEREDITH, U.S. | ) | ORDER |
| XPRESS ENTERPRISES, INC., and | ) | |
| U.S. XPRESS LEASING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

On the court's own motion,

IT IS ORDERED:

Trial is continued from October 26, 2005 to January 24, 2006 for a duration of two trial days before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 5th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge