IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELWIN SCHELL, | ) |
| | ) |
| Plaintiff, | )   4:05CV3132 |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER E. MEREDITH, | )   ORDER |
| U.S. XPRESS ENTERPRISES INC. | ) |
| a Corporation, and U.S. | ) |
| XPRESS LEASING, INC., a | ) |
| Corporation, | ) |
| | ) |
| Defendants. | ) |

IT IS ORDERED:

The defendants' motion for summary judgment, filing 17, is denied as moot, the parties having resolved the case.

DATED this 9th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge