IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELWIN SCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3132 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER E. MEREDITH, | ) | JUDGMENT |
| U.S. XPRESS ENTERPRISES, | ) | |
| INC., a Corporation and | ) | |
| U.S. XPRESS LEASING, INC., | ) | |
| a Corporation, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SCHULZ TRANSPORTATION | ) | |
| SERVICES & LIBERTY MUTUAL | ) | |
| FIRE INSURANCE CO., a | ) | |
| Corporation, | ) | |
| | ) | |
| Third Party Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion to dismiss, filing 21, and defendants' joinder in motion to dismiss, filing 22, are granted and this matter is dismissed with prejudice, each party to pay their own costs, expenses and attorney's fees.

DATED this 15th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge